**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**OCEANA PUBLICATIONS, INC.,** a
foreign corporation,

        **Plaintiff,**

-vs-                                      Case No.  2:03-cv-608-FtM-DNF

**EUGENE COSTA and PAMELA COSTA,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RELIEF FROM FINAL JUDGMENT AND/OR MOTION TO STRIKE DEFENDANTS' PLEADINGS AND ENTER DEFAULT FINAL JUDGMENT IN FAVOR OF PLAINTIFF TOGETHER WITH SANCTIONS AND ATTORNEY'S FEES AND COSTS (Doc. No. 158)** |
| **FILED:** | **April 13, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

The Plaintiff Oceana Publications, Inc. ("Oceana") contends that the Final Judgment (Doc. 152) entered in this case on April 1, 2005, should be set aside, and the Defendants' Eugene Costa and Pamela Costa ("Costas") pleadings should be stricken based upon counsel for the Costas not being admitted to practice law in the Middle District of Florida.  The Complaint (Doc. 1) was filed on October 27, 2003, and the Defendant filed a Notice of Appearance (Doc. 4) on November 3, 2003.

-1-

Counsel for the Costas, however, did not become admitted to practice in the Middle District of Florida until September 17, 2004. Local Rule 2.01(a) provides that "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule (or heretofore admitted under prior rules of the Court)."

Counsel for the Costas asserts that he believed that he became a member of the Middle District of Florida when he became a member of the Southern District of Florida. He contends that his not being a member of the Middle District of Florida was an excusable error on his part and his clients should not be penalized for his mistake. Further, his partner who is a member of the Middle District of Florida did have his name on most of the documents that counsel filed.

The court file reflects that this case did progress to trial in an orderly manner. Counsel for the Costas did not repeatedly violate the Local Rules, and counsel for Oceana did not suffer any prejudice because counsel for the Costas was not admitted to practice in the Middle District of Florida. The Court concludes that although counsel for the Costas should have recognized that he was not admitted to the Middle District of Florida at the outset of this case, the Court will not impose the requested sanctions against him or his client. Additionally, the court will determine if other appropriate action should be taken.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this 27th day of April, 2005.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record